# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RUHI REIMER,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KOHL'S INC.,<br><br>　　　　　　　　　Defendant. | Case No. 23-CV-597-JPS<br><br><br>**ORDER** |

　　　　Plaintiff filed this case on May 11, 2023, pleading putative class claims and individual claims under federal and state telephone consumer protection laws. ECF No. 1. Plaintiff's counsel is located in Lombard, Illinois. General Local Rule 83(c)(3) provides that "[a]t any time, upon its own motion, the Court may require that a nonresident attorney obtain local counsel to assist in the conduct of the action."

　　　　Given the breadth and complexity of the action, and in order to "facilitate the filing and service of papers with the court and to provide the court with greater flexibility in scheduling status hearings," the Court finds it prudent to invoke General Local Rule 83(c)(3). *Ma v. Cmty. Bank*, 686 F.2d 459, 471 (7th Cir. 1982); *cf. Sokolova v. United Airlines, Inc.*, No. 18-CV-2576, 2020 WL 354750, at *1, *6 (N.D. Ill. Jan. 21, 2020) (ordering compliance with local rule requiring out of town counsel to retain local counsel). The Court will require Plaintiff's counsel to obtain local counsel. Such local counsel shall file an appearance in this action within **thirty (30) days** of this Order.

　　　　Further, in order that the above-captioned litigation—now pending since May 2023—be brought to conclusion, the following dates have been

set before the Honorable J.P. Stadtmueller in the United States District Court for the Eastern District of Wisconsin, Room 425 United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, 53202:

| | |
|---|---|
| **INTERIM SETTLEMENT REPORT:** | **Friday, May 3, 2024** |
| **DISPOSITIVE MOTIONS:** | **Friday, May 10, 2024** |
| **FINAL SETTLEMENT REPORT:** | **Friday, August 16, 2024** |
| **MOTIONS IN LIMINE:** | **Friday, August 23, 2024** |
| **RULE 702 MOTIONS:** | **Friday, August 23, 2024** |
| **FINAL JOINT PRETRIAL REPORT:** | **Wednesday, August 28, 2024 at 2:00 PM** |
| **FINAL PRETRIAL CONFERENCE:** | **Tuesday, September 3, 2024 at 8:30 AM** |
| **JURY TRIAL:** | **Monday, September 16, 2024 at 8:30 AM** |

Where not otherwise specified, the parties should follow the standard deadlines as set by the Federal Rules of Civil Procedure and the local rules. Motions for extensions of time will not be looked upon favorably. The parties and their counsel are bound by the dates set herein,

and no extensions or continuances will be granted without good cause shown.

Accordingly, in addition to entry of the dates set forth herein,

**IT IS ORDERED** that, pursuant to General Local Rule 83(c)(3), Plaintiff's counsel obtain local counsel; such local counsel shall file an appearance in this action within **thirty (30) days** of this Order.

Dated at Milwaukee, Wisconsin, this 6th day of June, 2023.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge