# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

| | |
|---|---|
| RUHI REIMER, individually, and behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KOHL'S, INC.,<br><br>    Defendant. | Case No. 2:23-cv-00597-JPS |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the Parties have reached a settlement and are in the process of consummating the settlement. The Parties anticipate on filing a stipulation of dismissal within 45 days and request that the Court stay all proceedings and strike any pending deadlines.

Dated: May 3, 2024

                                                  Respectfully submitted,

                                                  /s/ *Mohammed O. Badwan*
                                                  Mohammed O. Badwan, Esq.
                                                  Sulaiman Law Group, Ltd.
                                                  2500 South Highland Avenue
                                                  Suite 200
                                                  Lombard, IL 60148
                                                  Phone: (630) 575-8181
                                                  mbadwan@sulaimanlaw.com
                                                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will provide notification of such filing to all counsel of record.

/s/ *Mohammed O. Badwan*